UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62617-CIV-DIMITROULEAS/SNOW

NATIONAL ALLIANCE FOR
ACCESSIBILITY, INC., *a Florida Non-Profit
Corporation*, and DENISE
PAYNE, *individually*,

      Plaintiffs,

vs.

SUNRISE-OAKLAND PARK, LLC,
*a Florida Limited Liability Company*, et al.

      Defendants.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 13], filed on March 13, 2012. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 15] is

    **APPROVED;**

2.     All claims against Defendant Crystal Bridge, Inc. are **DISMISSED** without

    prejudice;

3. As all claims have now been dismissed against all defendants, the Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of March, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record